Law Offices
**HINSHAW & CULBERTSON LLP**
2375 E. Camelback Rd.
Suite 750
Phoenix, AZ 85016
602-631-4400
602-631-4404
raoyama@hinshawlaw.com
mayers@hinshawlaw.com

Randy J. Aoyama (020096)
Michael R. Ayers (024318)
Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| Timothy Judge, | ) No. CV-15-1729-PHX-DJH |
|---|---|
| Plaintiff, | ) **NOTICE OF SETTLEMENT** |
| v. | ) |
| Midland Credit Management, Inc., a foreign corporation; and Midland Funding, LLC, a Delaware limited liability company, | ) |
| Defendants. | ) |

Plaintiff Timothy Judge, and Defendants Midland Credit Management, Inc. and Midland Funding, LLC, hereby give notice that this matter has been settled. The Parties request the Court to vacate all dates and deadlines. A Stipulation for Dismissal will be filed with the Court upon its execution, but no later than forty-five (45) days from this Notice.

DATED this 22nd day of March, 2016.

HINSHAW & CULBERTSON LLP

/s/ Randy J. Aoyama
Michael R. Ayers
Randy J. Aoyama
Michael R. Ayers
Attorneys for Defendants

23448825v1 0977737

**CERTIFICATE OF SERVICE**

I certify that on the 22nd day of March, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

John N. Skiba
Skiba Law Group, PLC
1640 South Stapley Drive, Suite 127
Mesa, Arizona 85204
Attorneys for Plaintiff

By  /s/ Tammy Rivera

23448825v1 0977737